452 A.2d 39

Commonwealth v. Mays, Appellant.
Petition for Allowance of Appeal Denied Feb. 11, 1983.

Submitted May 27, 1981.  John G. Veith, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and McEWEN, JJ.

The order of the distinguished Philadelphia Common Pleas Court Judge Edward J. Blake is affirmed.

452 A.2d 40

Commonwealth v. McAllister, Appellant.

Submitted June 2, 1982.  John Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.